BEFORE THE FIRST DIVISION, APRIL 25, 1967

**No. P67/118.**—Louis Marx & Co. *v.* United States, protest 326711–K (New York).

**No. P67/119.**—Henry A. Wess, Inc. *v.* United States, protests 62/18615, etc. (Cleveland).

**No. P67/120.**—Craig Panorama, Inc., et al. *v.* United States, protests 64/16799, etc. (Los Angeles).

**No. P67/121.**—L. E. McIntyre and Company *v.* United States, protests 64/16812 and 64/16849 (Los Angeles).

**No. P67/122.**—Paul E. Sernau, Inc. *v.* United States, protest 66/2747 (New York).

OLIVER, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of motors similar in all material respects to those the subject of *James G. Wiley Co., a/c Ungar Electric Tools, Inc.* v. *United States* (49 Cust. Ct. 199, Abstract 66961), the claim of the plaintiffs was sustained.

**No. P67/123.**—Famous Jobbing Co., Inc., et al. *v.* United States, protests 63/17176, etc. (Los Angeles).

OLIVER, J.   In accordance with stipulation of counsel that the issue herein is the specific issue in *United States* v. *Weather–Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, APRIL 25, 1967

**No. P67/124.**—U.S. Asiatic Co., Inc., et al. *v.* United States, protests 61/23991, etc. (New York).

LANDIS, J.   In accordance with stipulation of counsel that the items of merchandise marked "D" covered by the foregoing protests consist of cups and saucers similar in all material respects to those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), and that the items of merchandise market "T" covered by the foregoing protests consist of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plaintiffs was sustained.